# LESTER SCHWAB KATZ & DWYER, LLP

100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

ROBERT N. DUNN
Writer's Direct Dial: (212) 341-4406
E-Mail: rdunn@lskdnylaw.com

**NEW JERSEY OFFICE**
61 S. Paramus Road
Suite 250
PARAMUS, NJ 07652
(973) 912-9501

---

> Application denied without prejudice. The parties, should they be so advised, may re-file a proposed Stipulated Confidentiality Agreement and Protective Order that complies with Rule 1(I) of the Court's Individual Practices.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 16, 2023

---

**VIA ECF**
District Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Peña, Eva Y. v. Macy's Inc., Aleksey Prezenchuk, As District Director of Operations and Asset Protection, et al., The City of Yonkers, et al.**
Case No.:       7:22-cv-09435
Our File No.:   255-2368
Date of Loss:   9/3/2019

Dear Honorable Judge Halpern:

Attached is a Confidentiality Order agreed to and signed by counsel for all parties in the above matter. It is respectfully requested that Your Honor sign and file the Confidentiality Order so that document discovery can continue to be exchanged.

Respectfully submitted,

*Robert N. Dunn*

ROBERT N. DUNN

RND:cb
Enclosure
4891-3351-0264

LESTER SCHWAB KATZ & DWYER, LLP

August 15, 2023
Page 2

cc: **Via ECF**

Eric Sanders, Esq.
THE SANDERS FIRM, P.C.
30 Wall Street, 8th Floor
New York, New York  10005
F: (212) 652-2783
T: (212) 652-2782
E: esanders@thesandersfirmpc.com
Attorneys for Plaintiff

Matthew I. Gallagher, Esq.
Corporation Counsel for the City of Yonkers
City Hall Room 300
40 South Broadway
Yonkers, NY 10701
T: (914) 377-6243
E: rory.mccormick@yonkersny.gov
Rory McCormick (RM 3994)
Sr. Associate Corporation Counsel