UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA Y. PENA,

                        Plaintiffs,

            - against -

MACY'S INC., et al.,

                        Defendants.

**ORDER**

22-CV-09435 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court extended, on March 8, 2024, the time for the parties to file their revised pretrial materials (joint pretrial order, jury charge, verdict sheet, and summary of the case) to March 15, 2024. (Doc. 63). The parties did not file, and did not seek an extension of time to file, their revised pretrial materials by March 15, 2024. The Court *sua sponte* extends the deadline for the parties to file their revised pretrial materials to **March 29, 2024**. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers.

Should the parties fail to file their revised pretrial materials by March 29, 2024, the Court may dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution.

                        **SO ORDERED.**

Dated:    White Plains, New York
          March 25, 2024

                        _____
                        PHILIP M. HALPERN
                        United States District Judge