UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA Y. PEÑA,

                          Plaintiff,

              -v-

MACY'S INC, et al.,

                          Defendant.

**ORDER**

22-CV-09435 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties are directed to meet and confer and submit the following items by **July 18, 2024 at 5:00 p.m.**

1.   **Amended Joint Pretrial Order.** The parties are directed to file an Amended Joint Pretrial Order that includes an itemized list of Plaintiff's claims for relief that are proceeding to trial. The exhibit list of the Amended Joint Pretrial Order should not include Plaintiff's Exhibits Nos. 18-20, as the Court sustained objections to those exhibits in its ruling on Defendants' motion *in limine*. (Doc. 70).

2.   **Summary of the Case.** The parties are directed to submit a concise summary of Plaintiff's claims and Defendants' affirmative defenses that the Court can read to potential jurors during jury selection.

                    **SO ORDERED.**

Dated:   White Plains, New York
         July 17, 2024

_____
PHILIP M. HALPERN
United States District Judge