UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA Y. PEÑA,

                Plaintiff,

        -v-

MACY'S INC, et al.,

                Defendant.

**ORDER**

22-CV-09435 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a final pretrial conference on July 22, 2024. The parties informed the Court that they have reached a settlement in this case. The parties were directed to submit a stipulation and proposed order discontinuing the case by July 22, 2024 at 5:00 p.m.

Accordingly, it is hereby **ORDERED** that this action is discontinued with prejudice. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

The Clerk of Court is respectfully directed to close the case.

                **SO ORDERED.**

Dated:    White Plains, New York
          July 22, 2024

PHILIP M. HALPERN
United States District Judge