UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVA Y. PEÑA,

                                        Plaintiff,

-against-

MACY'S INC.; ALEKSEY PREZENCHUK, as District Director of Operations and Asset Protection; BRIAN SWIFT, as Asset Protection Manager; DIVINDRA PERSAUD, as Asset Protection Manager; SAMANTHA NEWTON-HENRY, as Asset Protection Detective; THE CITY OF YONKERS; PATRICK CURTIS, as Lieutenant, Police Department City of Yonkers; CHRISTINA ZENKEWICH, as Sergeant, Police Department City of Yonkers and SHAWN MARTIN, as Police Officer, Police Department City of Yonkers, each sued individually and in their official capacities as employees of Defendant MACY'S INC.,

                                        Defendants.

**NOTICE OF PLAINTIFF EVA Y. PEÑA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68**

Case No. 22-cv-9435

Hon. Philip M. Halpern

---

**TO:** Daniel Ortiz
      Acting Clerk of Court
      United States District Court
      Southern District of New York

Plaintiff Eva Y. Peña ("Plaintiff") hereby notifies the United States District Court for the Southern District of New York, where the above-referenced action is pending, that Defendant THE CITY OF YONKERS ("Defendant City") made an offer of judgment on July 22, 2024 on behalf of the Defendant City and the Defendant City Police Officers referenced above (the "Offer of Judgment") and Plaintiff accepted that Offer of Judgment on July 22, 2024 (the "Acceptance of Judgment").

A true and correct copy of the Offer of Judgment is attached as **Exhibit A**.

A true and correct copy of the Acceptance of Judgment is attached as **Exhibit B**.

The Offer of Judgment provides for the entry of judgment against the Defendant City, and in favor of Plaintiff, on Plaintiff's 42 U.S.C. § 1983 claim, and all other claims and expenses at issue in this lawsuit, including attorneys' fees and costs, as follows:

- The Judgment amount is Seven Thousand Five Hundred Dollars ($7,500) (including all costs and attorneys' fees) in full satisfaction of any and all claims against said Defendant City (and any City Defendants) in the above captioned matter. Said $7,500 offer being inclusive of all costs, disbursements and attorneys' fees incurred by or on behalf of the Plaintiff and any claims that said Plaintiff could assert against the Defendant City or any City Police Officers named in the caption otherwise, and all costs, disbursements and attorneys' fees, in the Above Captioned Matter.

Plaintiff hereby files the offer and notice of acceptance, plus proof of service, in accordance with Fed. R. Civ. P. 68(a), and respectfully requests that judgment be entered in accordance with these documents, as outlined above.

Dated: July 22, 2024

The Sanders Firm, P.C.

By: _____
Eric Sanders, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
esanders@thesandersfirmpc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Eric Sanders, Esq., certify that, on the date set forth below, a true copy of the Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 was served on the following by electronic mail and first class mail:

Darius P. Chafizadeh, Esq.
Harris Beach PLLC
Attorneys for the Defendant
the City of Yonkers and Defendant City Police Officers
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
Tel: (914) 683-1200
dchafizadeh@harrisbeach.com

I, Eric Sanders, Esq., hereby certify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: July 22, 2024

_____
Eric Sanders, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
esanders@thesandersfirmpc.com
*Counsel for Plaintiff*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVA Y. PEÑA,

                                                          Plaintiff,

    -against-

MACY'S INC.; ALEKSEY PREZENCHUK, as District
Director of Operations and Asset Protection; BRIAN
SWIFT, as Asset Protection Manager; DIVINDRA
PERSAUD, as Asset Protection Manager; SAMANTHA
NEWTON-HENRY, as Asset Protection Detective; THE
CITY OF YONKERS, PATRICK CURTIS, as
Lieutenant, Police Department City of Yonkers;
CHRISTINA ZENKEWICH, as Sergeant, Police
Department City of Yonkers and SHAWN MARTIN, as
Police Officer, Police Department City of Yonkers, each
sued individually and in their official capacities as
employees of Defendant MACY'S INC.,

                                                          Defendants.

**DEFENDANT – CITY OF YONKERS' RULE 68 OFFER**

Case No. 22-cv-9435

Hon. Philip M. Halpern

---

      **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, THE CITY OF YONKERS as a Defendant ("Defendant City") offers to allow the Plaintiff Eva Pena ("Plaintiff") a Judgment on the terms specified herein to be taken against said Defendant City with regard to all of the above-captioned matter (the "Above Captioned Matter") as a full and final judgment ("Judgment") amount that includes all claims and expenses in the Above Captioned Matter. The Judgment amount is Seven Thousand Five Hundred Dollars ($7,500) (including all costs and attorneys' fees) in full satisfaction of any and all claims against said Defendant City (and any City Defendants) in the Above Captioned Matter. Said $7,500 offer being inclusive of all costs, disbursements and attorneys' fees incurred by or on behalf of the Plaintiff and any claims that said Plaintiff could assert against the Defendant City or any City

Police Officers named in the caption otherwise and all costs, disbursements and attorneys' fees, in the Above Captioned Matter.

If this Offer is not accepted within 14 days of service, it shall be deemed withdrawn. If any Judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay any and all costs, expenses, disbursements, and fees, including attorneys' fees, incurred by said City Defendant in the defense of this matter after the making of this Rule 68 Offer.

**PLEASE TAKE FURTHER NOTICE** that this Rule 68 Offer of Judgment is made for the purposes of Rule 68 only, and it is not to be construed as an admission of liability on the part of the Defendant City herein.

Dated: July 22, 2024
      White Plains, New York

Yours, etc.

**HARRIS BEACH, PLLC**

By: *Darius P. Chafizadeh*
Darius P. Chafizadeh, Esq.
*Attorneys for the Defendant City*
445 Hamilton Ave, Suite 1206
White Plains, NY 10601
Tel: 914-683-1200
Email: Dchafizadeh@Harrisbeach.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Email on July 22, 2024 to Counsel for Plaintiff esanders@thesandersfirmpc.com.

By: *Darius P. Chafizadeh*
Darius P. Chafizadeh

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA Y. PENA,<br><br>                        Plaintiff,<br><br>-against-<br><br>MACY'S INC., ALEKSEY PREZENCHUK, as District Director of Operations and Asset Protection; BRIAN SWIFT, as Asset Protection Manager; DIVINDRA PERSAUD, as Asset Protection Manager; SAMANHA NEWTON-HENRY, as Asset Protective Detective, THE CITY OF YONKERS, PATRICK CURTIS, as Lieutenant, Police Department City of Yonkers; CHRISTINA ZENKEWICH, as Sergeant, Police Department City of Yonkers and SHAWN MARTIN, as Police Officer, Police Department City of Yonkers, each sued individually and in their official capacities as employees of Defendant MACY'S INC., or THE CITY OF YONKERS<br><br>                        Defendants. | **PLAINTIFF EVA Y. PENA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68**<br><br>Case No. 22-cv-09435 |

**TO:** Darius P. Chafizadeh, Esq.
*Attorneys for Defendants*
*The City of Yonkers et al*
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
Tel: 914-683-1200
Email: dchafizadeh@harrisbeach.com

      **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. 68, Plaintiff Eva Y. Pena ("Plaintiff") unconditionally accepts the offer of judgment of defendant, The City of Yonkers ("Defendant") and all Yonkers Defendants, such that judgment shall be entered in favor of Plaintiff, and against Defendant, as stated in Defendant's, July 22, 2024, offer of judgment made pursuant to Fed. R. Civ. P. 68. Plaintiff shall file the appropriate documents with the Court to effectuate entry of said judgment.

Dated: July 22, 2024
      White Plains, New York

                              THE SANDERS FIRM, P.C.

By: _____
                              Eric Sanders, Esq.
                              *Attorneys for Plaintiff*
                              30 Wall Street, 8th Floor
                              New York, New York 10005
                              P: (212) 652-2783
                              F: (212) 652-2782
                              esanders@thesandersfirmpc.com