UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVA Y. PEÑA,

                                Plaintiff,

   -against-

MACY'S INC.; ALEKSEY PREZENCHUK, as District Director of Operations and Asset Protection; BRIAN SWIFT, as Asset Protection Manager; DIVINDRA PERSAUD, as Asset Protection Manager; SAMANTHA NEWTON-HENRY, as Asset Protection Detective; THE CITY OF YONKERS; PATRICK CURTIS, as Lieutenant, Police Department City of Yonkers; CHRISTINA ZENKEWICH, as Sergeant, Police Department City of Yonkers and SHAWN MARTIN, as Police Officer, Police Department City of Yonkers, each sued individually and in their official capacities as employees of Defendant MACY'S INC.,

                                Defendants.

**NOTICE OF PLAINTIFF EVA Y. PEÑA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68**

Case No. 22-cv-9435

Hon. Philip M. Halpern

---

**TO:** Daniel Ortiz
      Acting Clerk of Court
      United States District Court
      Southern District of New York

Plaintiff Eva Y. Peña ("Plaintiff") hereby notifies the United States District Court for the Southern District of New York, where the above-referenced action is pending, that Defendant THE CITY OF YONKERS ("Defendant City") made an offer of judgment on July 22, 2024 on behalf of the Defendant City and the Defendant City Police Officers referenced above (the "Offer of Judgment") and Plaintiff accepted that Offer of Judgment on July 22, 2024 (the "Acceptance of Judgment").

A true and correct copy of the Offer of Judgment is attached as **Exhibit A**.

A true and correct copy of the Acceptance of Judgment is attached as **Exhibit B**.

The Offer of Judgment provides for the entry of judgment against the Defendant City, and in favor of Plaintiff, on Plaintiff's 42 U.S.C. § 1983 claim, and all other claims and expenses at issue in this lawsuit, including attorneys' fees and costs, as follows:

- The Judgment amount is Seven Thousand Five Hundred Dollars ($7,500) (including all costs and attorneys' fees) in full satisfaction of any and all claims against said Defendant City (and any City Defendants) in the above captioned matter. Said $7,500 offer being inclusive of all costs, disbursements and attorneys' fees incurred by or on behalf of the Plaintiff and any claims that said Plaintiff could assert against the Defendant City or any City Police Officers named in the caption otherwise, and all costs, disbursements and attorneys' fees, in the Above Captioned Matter.

Plaintiff hereby files the offer and notice of acceptance, plus proof of service, in accordance with Fed. R. Civ. P. 68(a), and respectfully requests that judgment be entered in accordance with these documents, as outlined above.

Dated: July 22, 2024

The Sanders Firm, P.C.

By: _____
Eric Sanders, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
esanders@thesandersfirmpc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Eric Sanders, Esq., certify that, on the date set forth below, a true copy of the Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 was served on the following by electronic mail and first class mail:

Darius P. Chafizadeh, Esq.
Harris Beach PLLC
Attorneys for the Defendant
the City of Yonkers and Defendant City Police Officers
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
Tel: (914) 683-1200
dchafizadeh@harrisbeach.com

I, Eric Sanders, Esq., hereby certify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: July 22, 2024

_____
Eric Sanders, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 652-2782 (Business Telephone)
(212) 652-2783 (Facsimile)
esanders@thesandersfirmpc.com
*Counsel for Plaintiff*