UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA Y. PENA,

                      Plaintiff,

-against-

MACY'S INC., ALEKSEY PREZENCHUK, as District Director of Operations and Asset Protection; BRIAN SWIFT, as Asset Protection Manager; DIVINDRA PERSAUD, as Asset Protection Manager; SAMANHA NEWTON-HENRY, as Asset Protective Detective, THE CITY OF YONKERS, PATRICK CURTIS, as Lieutenant, Police Department City of Yonkers; CHRISTINA ZENKEWICH, as Sergeant, Police Department City of Yonkers and SHAWN MARTIN, as Police Officer, Police Department City of Yonkers, each sued individually and in their official capacities as employees of Defendant MACY'S INC., or THE CITY OF YONKERS

                      Defendants.

**PLAINTIFF EVA Y. PENA'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68**

Case No. 22-cv-09435

**TO:**    Darius P. Chafizadeh, Esq.
*Attorneys for Defendants*
*The City of Yonkers et al*
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
Tel: 914-683-1200
Email: dchafizadeh@harrisbeach.com

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. 68, Plaintiff Eva Y. Pena ("Plaintiff") unconditionally accepts the offer of judgment of defendant, The City of Yonkers ("Defendant") and all Yonkers Defendants, such that judgment shall be entered in favor of Plaintiff, and against Defendant, as stated in Defendant's, July 22, 2024, offer of judgment made pursuant to Fed. R. Civ. P. 68. Plaintiff shall file the appropriate documents with the Court to effectuate entry of said judgment.

Dated: July 22, 2024
      White Plains, New York

                                  THE SANDERS FIRM, P.C.

By: *[signature]*

                                  Eric Sanders, Esq.
                                  *Attorneys for Plaintiff*
                                  30 Wall Street, 8th Floor
                                  New York, New York 10005
                                  P: (212) 652-2783
                                  F: (212) 652-2782
                                  esanders@thesandersfirmpc.com

SO ORDERED

_____
                                  Hon. Philip M. Halpern, U.S.D.J.

Dated: July __, 2024